STATE v. McCAIL

No. 546P01

Case below: Caldwell County Superior Court

Application by defendant for writ of habeas corpus denied 1 October 2001.

STATE v. McRORIE

No. 508P01

Case below: 145 N.C. App. 504

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 October 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

STATE v. MILLER

No. 506P01

Case below: 146 N.C. App. 308

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals dismissed 4 October 2001.

STATE v. NOWELL

No. 433A01

Case below: 145 N.C. App. 636

Petition by the Attorney General for writ of supersedeas regarding Gregory Lee Nowell and Michael Lynn Taylor allowed 4 October 2001. Petition by the Attorney General for discretionary review of the decision of the North Carolina court of Appeals regarding Michael Lynn Taylor pursuant to G.S. 7A-31 allowed 4 October 2001.